140 So. 454

**David SHATTAH v. JOHN F. CLARK & CO.**

**3 Div. 993.**

Supreme Court of Alabama.
Jan. 21, 1932.

Rehearing Denied March 31, 1932.

John A. Yung, of Montgomery, for petitioner.

Ball & Ball, of Montgomery, opposed.

BOULDIN, J.

Petition of David Shattah for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Shattah v. John F. Clark & Co., 140 So. 453.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.